# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK GARY HOUGH,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

MARK GARY HOUGH,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 74191

No. 74192

FILED

DEC 01 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying motions to transfer and consolidate district court cases. Eighth Judicial District Court, Clark County; Stefany Miley, Judge; Kenneth C. Cory, Judge.

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-41508

cc: Hon. Stefany Miley, District Judge
Hon. Kenneth C. Cory, District Judge
Mark Gary Hough
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk